IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:07-00010 |
| | ) | Chief Judge Haynes |
| SAMUEL B. WRIGHT, | ) | |
| Defendant. | ) | |

## ORDER

A revocation hearing is set in this action for **Friday, March 14, 2014 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 19th day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court