IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:07-cr-00010 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| SAMUEL B. WRIGHT | ) | |

## ORDER

The revocation hearing in this matter currently set for Friday, March 14, 2014 at 4:30 p.m. is **reset** for **Friday, March 14, 2014 at 10:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the 26th day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court